STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KENNETH CHAMBERS (NYBN 5559885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    kenneth.chambers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:21-CR-00203-EMC |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER SETTING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| TRAVIS PENALUNA, | |
| Defendant. | |

      The above-mentioned parties appeared before the court for a status conference on November 17, 2021. At the status conference, this matter was continued to February 9, 2022 at 9:00 a.m., and the parties agree that it would be appropriate for time be excluded under the Speedy Trial Act between November 17, 2021 and February 9, 2022, for effective preparation by counsel, and in the interest of justice.

      Therefore, the parties agree, and the Court finds and holds, as follows:

      1.    The time between and November 17, 2021 and February 9, 2022 is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18

U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  *See id.* § 3161(h)(7)(A).

Dated: November 30, 2021

/s/
KENNETH CHAMBERS
Assistant United States Attorney
Counsel for the United States

Dated: November 30, 2021

/s/
JODI LINKER
Counsel for Travis Penaluna

IT IS SO ORDERED.

Dated:  December 1, 2021

HON. EDWARD M. CHEN
United States District Judge